IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY M. KOEGEL FERTEL-RUST,

    Plaintiff,

v.

PUBLIC SAFETY MEDICAL COLLEGE OF
WIS., TODD WEHR, MEDICAL COLLEGE
OF WIS. IN WAUWATOSA, WIS. and
THE MILW. CO. SHERIFF DEPT.
INCLUDING 3 WHITE MEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-649-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_____       11/9/12
Peter Oppeneer, Clerk of Court       Date